# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

157936(86)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

　　　　　SC: 157936
　　　　　COA: 328759
　　　　　Kent CC: 15-000869-FC

JAMAL DEVONTA BENNETT,
　　　　　Defendant-Appellant.
_____/

　　　　On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before April 12, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2019



Clerk